Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff Alma Fisher

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA FISHER,<br><br>              Plaintiff,<br><br>     v.<br><br>ONEMAIN FINANCIAL GROUP, LLC,<br><br>              Defendant. | Case No.: 5:17-cv-04077-HRL<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT ONEMAIN FINANCIAL GROUP, LLC |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   **PLEASE TAKE NOTICE THAT** plaintiff Alma Fisher and defendant OneMain Financial Group, LLC, by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  The Parties believe the settlement will be finalized within sixty (60) days and will request dismissal of OneMain Financial Group, LLC from this action upon finalization.

                                                            **Sagaria Law, P.C.**

Dated:   October 10, 2017          By:     /s/ *Elliot Gale*
                                                                  Elliot Gale
                                                                  Attorneys for Plaintiff

//

NOTICE OF SETTLEMENT WITH DEFENDANT ONEMAIN FINANCIAL GROUP, LLC -1-

|   |   |
|---|---|
|   | **Severson & Werson, APC** |
| Dated:   October 10, 2017 | By:   /s/ *Alisa Alexandra Givental*<br>Alisa Alexandra Givental<br>Attorneys for Defendant<br>OneMain Financial Group, LLC |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Notice. I hereby attest that Alisa Alexandra Givental has concurred in this filing.

*/s/ Elliot Gale*